654

44 So.2d 30

**Charlie AUSTIN v. STATE.**

5 Div. 285.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

49 So.2d 923

**Henry (Malcolmn) AVERETT v. STATE.**

6 Div. 962.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 911

**Clifford AVERY, alias Averiett v. STATE.**

7 Div. 126.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Affirmed.

44 So.2d 908

**Cora BALENTINE v. STATE.**

8 Div. 799.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Lauderdale County; Raymond Murphy, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 908

**Toby BALENTINE v. STATE.**

8 Div. 875.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 908

**William Claud BALENTINE v. STATE.**

8 Div. 756.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.